UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DARRELL WAYNE LAPACH et al.**                                                      **PLAINTIFFS**

**v.**                          **CASE NO. 4:09cv00945 BSM/HDY**

**BRANDON REYNOLDS et al.**                                                       **DEFENDANTS**

## ORDER

Plaintiff submits this 42 U.S.C. §1983 case for filing in this district.  The facts alleged and the defendants named, however, indicate that venue properly lies in the Western District of Arkansas.  28 U.S.C. §1391(b).  Therefore, pursuant to 28 U.S.C. § 1406(a),  the interests of justice are best served by transferring this case to the United States District Court for the Western District of Arkansas.

Therefore, the clerk of court is directed to immediately transfer plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

DATED this 4th day of January, 2010.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE